UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER | * | CIVIL ACTION |
| | * | Number 12-01618 |
| | * | |
| VERSUS | * | SECTION (A)(2) |
| | * | |
| APACHE OFFSHORE PETROLEUM | * | |
| LIMITED PARTNERSHIP | * | |

*************************************************************************

FIRST SUPPLEMENTAL AND AMENDING COMPLAINT UNDER THE GENERAL MARITIME LAW

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

Now into court through undersigned counsel appears the plaintiff, Christopher Alexander, who moves for order to supplement and amend the original complaint as follows:

1.

By supplementing and amending the caption of the complaint to read as follows:

"Christopher Alexander v. Apache Corporation (of Delaware), International Marine LLC, Island Operating Company, Inc., and Apache Offshore Petroleum Limited Partnership."

2.

Paragraph Two of the original complaint is now amended to name the following as defendants:

"A. Named as co-defendant is Apache Corporation (of Delaware), which according to public records of the Louisiana Secretary of State has a domicile in Delaware, a principal business office in Houston, Texas, and is a foreign corporation doing business in Louisiana.

B. Named as co-defendant is Apache Offshore Petroleum Limited Partnership, previously named as defendant in the original complaint.

C. Named as co-defendant is Island Operating Company, Inc., which based upon representations by counsel for Apache Corporation (of Delaware) operated a crane located on the platform owned and/or operated by Apache Corporation (of Delaware) and Apache Offshore Petroleum Limited Partnership. Island Operating Company, Inc. is a Louisiana corporation according to the public records of the Louisiana Secretary of State and is doing business in the state of Louisiana.

D. Named as co-defendant is International Marine, LLC, which based upon representations by counsel for Apache Corporation (of Delaware) owned/operated a vessel which was involved in the accident. International Marine, LLC is a Louisiana licensed entity according to the public records of the Louisiana Secretary of State and is doing business in the state of Louisiana."

Plaintiff alleges that all defendants were jointly, severally and in solido negligent for all injuries suffered by Plaintiff.

WHEREFORE, petitioner Christopher Alexander iterates and re-averrs each and every allegation of his original complaint as if copied at length herein, prays that the original complaint be supplemented and amended in the above particulars and that after all legal delays and due proceedings, there be judgment herein in favor of plaintiff, CHRISTOPHER ALEXANDER against defendants, Apache Corporation (of Delaware), International Marine LLC, Island Operating Company, Inc., and Apache Offshore Petroleum Limited Partnership in the full sum of ONE MILLION EIGHT HUNDRED THOUSAND AND NO/100 ($1,800,000) DOLLARS

together with legal interest thereon from date of judicial demand until paid, for trial by jury and all other equitable relief.

                                        Respectfully submitted,

                                        _____
                                        DARLEEN M. JACOBS (#7208)
                                        *A Professional Law Corporation*
                                        823 St. Louis Street
                                        New Orleans, Louisiana 70112
                                        (504) 522-0155 and (504) 522-3287
                                        Counsel for Plaintiff, CHRISTOPHER ALEXANDER

PLEASE SERVE:

Apache Offshore Petroleum Limited Partnership
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

Island Operating Company, Inc.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

International Marine, LLC
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

Apache Corporation (of Delaware)
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808